```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19557
    FERNANDO CUEVAS
    REBECCA CUEVAS                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3054     SSN XXX-XX-0805

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/22/2007 and was not confirmed.

     The case was dismissed without confirmation 02/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA NOTICE ONLY   NOT FILED              .00            .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER   2845.15              .00            .00
AMERICAS SERVICING COMPA CURRENT MORTG       .00              .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE       .00              .00            .00
CAPITAL ONE              UNSEC W/INTER    612.28              .00            .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER    412.15              .00            .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER   1899.20              .00            .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER   1260.01              .00            .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER    109.11              .00            .00
AMERICAS SERVICING COMPA CURRENT MORTG       .00              .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE   2857.62              .00            .00
CAPITAL ONE AUTO FINANCE SECURED VEHIC       .00              .00            .00
AFNI INC                 UNSEC W/INTER NOT FILED              .00            .00
AMERICAN EXPRESS         UNSEC W/INTER NOT FILED              .00            .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    560.85              .00            .00
ARROW FINANCIAL          UNSEC W/INTER NOT FILED              .00            .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER NOT FILED              .00            .00
CBA COLLECTION BUREAU    UNSEC W/INTER NOT FILED              .00            .00
DEPENDON COLLECTION      UNSEC W/INTER NOT FILED              .00            .00
DIRECT MERCHANTS BANK    UNSEC W/INTER NOT FILED              .00            .00
DIVERSIFIED ADJUSTMENT S UNSEC W/INTER NOT FILED              .00            .00
FEDERAL BOND & COLLECTIO UNSEC W/INTER NOT FILED              .00            .00
FINANCIAL CREDIT NETWORK UNSEC W/INTER NOT FILED              .00            .00
MEDICAL BUSINESS BUREAU  UNSEC W/INTER NOT FILED              .00            .00
MEDICAL BUSINESS BUREAU  UNSEC W/INTER NOT FILED              .00            .00
MEDICAL COLLECTION       UNSEC W/INTER NOT FILED              .00            .00
MEDICAL DATA SYSTEM      UNSEC W/INTER NOT FILED              .00            .00
MID SOUTH CB             UNSEC W/INTER NOT FILED              .00            .00
B-REAL LLC               UNSEC W/INTER    383.00              .00            .00
B-REAL LLC               UNSEC W/INTER     51.00              .00            .00
KOHLS/NCO FINANCIAL      UNSEC W/INTER NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER NOT FILED              .00            .00
S & P CAPITAL INVESTMENT UNSEC W/INTER NOT FILED              .00            .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    505.79              .00            .00
PALISADES COLLECTION LLC SECURED NOT I   3770.69              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19557 FERNANDO CUEVAS & REBECCA CUEVAS
```

```
SPRINT BANKRUPTCY         UNSEC W/INTER    1623.30             .00            .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER    2069.73             .00            .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER NOT FILED              .00            .00
CAPITAL ONE               UNSEC W/INTER NOT FILED              .00            .00
SECOND START              DEBTOR ATTY     2,890.00                            .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00
```

       Summary of Receipts and Disbursements:
    ----------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
    ----------------------------------------------------------------------
    TRUSTEE                     .00

    PRIORITY                                       .00
    SECURED                                        .00
    UNSECURED                                      .00
    ADMINISTRATIVE                                 .00
    TRUSTEE COMPENSATION                           .00
    DEBTOR REFUND                                  .00
                          ---------------    ---------------
    TOTALS                      .00                .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/23/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE